UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable Eugene R. Wedoff

Hearing Date 19 AUG 2010

Bankruptcy Case No. 10 B 07121

Adversary No.

Title of Case Jacqueline Williams

Brief Statement of Motion Trustee's motion to convert or dismiss; debtor's request to dismiss

Names and Addresses of moving counsel

Representing

# ORDER

This Chapter 13 case came before the court on the motion of the trustee to convert or dismiss the case pursuant to § 1307(c) and on the debtor's oral request to dismiss pursuant to § 1307(b). For the reasons stated in the Amended Memorandum of Decision dated August 18, 2010, the debtor's request is granted and this Chapter 13 case is dismissed pursuant to § 1307(b). The trustee's motion is therefore moot.

Eugene R. Wedoff

19 AUG 2010